UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Doreen Cruz, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12164-DRH |
| *Emily Weiner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12163-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 8, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

Dated: August 9, 2013

Digitally signed by David R. Herndon
Date: 2013.08.09 09:16:56 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT